No. 2,221.—THOMAS F. ENNIS, RESPONDENT, *v.* MAURICE QUIRK ET AL., DEFENDANTS; M. M. GILLEN, APPELLANT.

*Appeal from District Court, Flathead County; D. F. Smith, Judge.*

Decided January 4, 1906.

PER CURIAM.—It is ordered that this cause be, and the same is hereby, dismissed as per stipulation of counsel.

*Mr. C. H. Foot,* and *Mr. C. W. Pomeroy,* for Appellant.

*Mr. Thos. D. Long,* for Respondent.